IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED
CLERK'S OFFICE
2014 JUL 14 AM 8:31
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

**HERSCHEL H. BAKER**
**Plaintiff**

     **vs.**

**CITY OF MILLEDGEVILLE**
**Defendant**

**5:14-CV-261**

## COMPLAINT

Plaintiff is a citizen of the United States and resides at 806 Horse Shoe Rd, Montrose, GA 31065.

Jack Graham, Zeke Shinholster, and the City of Milledgeville.

Location of principal office(s) of the named defendant(s): 127 E. Hancock St., Milledgeville, GA 31061.

Nature of defendant(s)' business City of Milledgeville: Helps keep the City of Milledgeville clean.

Approximate number of individuals employed by defendant(s): Around 50 or more employees.

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

This acts complained of in this suit concern: Termination of my employment.

Plaintiff not presently employed by the defendant(s) the dates of this employment were July 6, 2010–June 10, 2011. Employment was terminated because was discharged.

Defendant(s) conduct is discriminatory with respect to the following: other as specified below: My disability and they said I had too many unexcused call-outs. I did not have too many call-outs. I was in the hospital and I called my supervisor Zeke Shinholster around 6:35am on June 1, 2011. I let Zeke know

that I would be in the hospital for a couple of days. I was in the hospital on June 2, 2011 thru June 10, 2011. He told me that he will let Jack, the director, and the other Head supervisors know what is going on with me. I guess he didn't, because now I was terminated from my position.

The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is/are: Jack Graham: Caucasian (white), male, director of Public Works, and Zeke Shinholster: African American (black), male, supervisor of Public Works.

The alleged discrimination occurred on or about June 1, 2011.

The nature of my complaint, I.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows: Discriminated against me because of my disabilities: Violation of Title VII of the Civil rights of 1964 as amended (Title VII) and Title I of the Americans with Disabilities Act of 1990 as amended (ADA).

The alleged illegal activity took place at: City of Milledgeville, 127 E. Hancock St., Milledgeville, GA 31061.

I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about 02/11/2011. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 04/15/2014.

I seek the following relief: recovery of back pay and other (describe below) Pain and suffering for my mental and socially health.

Herschel H. Baker

Herschel H. Baker 6/28/14

806 Horse Shoe Rd.
Montrose, GA 31065

1-478-676-4485

Attachment: Right to Sue Notice